Michael G. Bongiorno
Keith Bradley
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
212-230-8800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YARON GISSIN, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DONALD L. ENDRES, DANNY C. HERRON and BRYAN D. MEIER,<br><br>Defendants. | No. 09 CV 9338 (SAS)<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**
**THE CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other papers herein, defendants Donald L. Endres, Danny C. Herron, and Bryan D. Meier ("Defendants") will move this Court, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 & 78u-5, dismissing with prejudice all claims in the Consolidated Class Action Complaint against Defendants. The basis for this motion is set forth in the accompanying Memorandum of Law, the Declaration of Michael G. Bongiorno, and the exhibits thereto.

Dated: New York, New York
April 29, 2010

          Respectfully submitted,

          WILMER CUTLER PICKERING
            HALE AND DORR LLP

          By: /s/ Michael G. Bongiorno
            Michael G. Bongiorno
            Keith Bradley
            399 Park Avenue
            New York, NY 10022
            Tel.: 212-230-8800
            Fax: 212-230-8888

*Attorneys for Defendants Donald L. Endres, Danny C. Herron, and Bryan D. Meier*