UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YARON GISSIN, Individually and on Behalf of all Those Similarly Situated,<br><br>                   Plaintiff,<br><br>v.<br><br>DONALD L. ENDRES, DANNY C. HERRON AND BRYAN D. MEIER,<br><br>                   Defendants. | Civil Action No. 1:09-cv-09338-SAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties agree that the claims filed in good faith by Wayne Mitchell and Son Nguyen against Donald L. Endres, Bryan D. Meier and Danny C. Heron shall be dismissed with prejudice and that each party shall bear its own costs.

                                                    Respectfully submitted,

                                                    BARROWAY TOPAZ KESSLER
                                                    MELTZER & CHECK LLP

By:    <u>s/ Michael K. Yarnoff</u>
          Michael K. Yarnoff
          Neena Verma
          280 King of Prussia Road
          Radnor, PA  19087
          Telephone:  (610) 667-7706
          Fax:  (610) 667-7056

          and

Nichole Browning
Erik Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001

GOLD BENNETT CERA &
 SIDENER LLP
Solomon B. Cera
Gwendolyn R. Giblin
Thomas C. Bright
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: /s/ Michael Bongiorno / MKY
Michael G. Bongiorno
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Donald L. Endres,
Bryan D. Meier, and Danny C. Herron*

2