UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YARON GISSIN, Individually and on Behalf of all Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DONALD L. ENDRES, DANNY C. HERRON AND BRYAN D. MEIER,<br><br>Defendants. | Civil Action No. 1:09-cv-09338-SAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties agree that the claims filed in good faith by Wayne Mitchell and Son Nguyen against Donald L. Endres, Bryan D. Meier and Danny C. Heron shall be dismissed with prejudice and that each party shall bear its own costs.

Respectfully submitted,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK LLP

By:  s/ Michael K. Yarnoff
Michael K. Yarnoff
Neena Verma
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

and

So Ordered.
[signature]
10/1/10

Nichole Browning
Erik Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001

GOLD BENNETT CERA &
  SIDENER LLP
Solomon B. Cera
Gwendolyn R. Giblin
Thomas C. Bright
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: ___/s/ Michael Bongiorno/MEY___
Michael G. Bongiorno
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Donald L. Endres,
Bryan D. Meier, and Danny C. Herron*

U.S.D.J.

2